IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ELIZABETH SRITE                                                                    PLAINTIFF

v.                              NO. 4:20-cv-00741 PSH

ANDREW SAUL, Commissioner of                                      DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 8th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE